Argued and submitted February 19, reversed and remanded March 27, 2002

In the Matter of the Compensation of
Judith White-Munro, Claimant.

Judith WHITE-MUNRO,
*Petitioner,*

*v.*

SAIF CORPORATION
and St. Charles Medical Center,
*Respondents.*

98-09202; A112583

43 P3d 455

Meagan A. Flynn argued the cause for petitioner. With her on the briefs was Preston Bunnell & Stone, LLP.

Jerome Patrick Larkin argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *Seeley v. Sisters of Providence,* 179 Or App 723, 41 P3d 1093 (2002); *Duarte v. SAIF,* 179 Or App 737, 41 P3d 458 (2002).